RECEIVED

MAR 29 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
BY_____ SHREVEPORT, LOUISIANA

U.S. District Court

Western District of Louisiana

Shreveport Division

Jason Hinson

  Versus

Sheriff Arbuckle, et al

Civil Action No. 5:17-CV-260  Section P

Judge Elizabeth E. Foote

Magistrate Judge Karen L. Hayes

Amended Complaint

Under Article 2315: Kyle martin was employed under Sheriff Arbuckle at the time of my arrest. Sheriff Arbuckle did not make sure the proper procedures were followed. There is no arrest report nor incident reports.

    I was arrested for armed robbery and home invasion charges but was convicted of possession of a fire arm by convicted felon

*[signature: Jason Hinson]*

P.U. Box 375

Coushatta LA 71019